# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAHADY SACKO,  Plaintiff, | : : : | |
| v. | : : : | Civil Action No. 13-CV-09166 |
| GREYHOUND LINES, INC.,  Defendant. | : : : : | Jury Trial Demanded |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter my appearance as counsel on behalf of the plaintiff, Mahady Sacko, in the above-captioned matter.

                                            Respectfully submitted,

                                            **TUCKER LAW GROUP, LLC**

April 26, 2013                            By:  /s/ CMO8539
                                                  Corey M. Osborn, Esquire
                                                  1617 JFK Boulevard, Suite 1700
                                                  Philadelphia, PA  19103
                                                  (215) 875-0609

                                                  Attorney for Plaintiff Mahady Sacko

## CERTIFICATE OF SERVICE

I, Corey M. Osborn, Esquire, hereby certify that I caused to be served a true and correct copy of the foregoing Entry of Appearance by ECF notification to the following:

Thomas P. Wagner, Esquire
Robert W. Stanko, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
2000 Market Street, Suite 2300
Philadelphia, PA  19103

April 26, 2013                                By:  /s/ CMO8539
                                                                           Corey M. Osborn, Esquire