# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAHADY SACKO, JR. | : |
| Plaintiff, | : |
| v. | : |
| | : CIVIL ACTION |
| GREYHOUND LINES, INC. | : |
| | : NO. 13-cv-1966 |
| Defendant/Third Party Plaintiff, | : |
| v. | : |
| U.S. SECURITY ASSOCIATES, INC. | : |
| Third Party Defendant. | : |

## ORDER

**AND NOW**, this 30th day of May, 2013, upon careful consideration of plaintiff's motion to remand (Doc. No. 8), and defendant's response thereto, **IT IS HEREBY ORDERED** that plaintiff's motion to remand is **DENIED**.

                                                  s/ William H. Yohn Jr.  
                                                  William H. Yohn Jr., Judge