IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAHADY SACKO, JR. | : | CIVIL ACTION |
| vs. | : | |
| GREYHOUND LINES, INC., ET AL. | : | NO. 13cv1966 |

O R D E R

**AND NOW**, this 31st day of October, 2013, upon consideration of the Motion of Defendant Greyhound Lines, Inc. to Compel an Executed Release for Plaintiff's Tax Returns for the Years 2002 through 2008 (Document No. 36) and plaintiff's response, **IT IS HEREBY ORDERED** that the motion is **DENIED IN PART** and **GRANTED IN PART**. Plaintiff, Mahady Sacko Jr., shall provide an executed authorization to allow defendant to obtain his federal and state returns for six years from 2007 to 2012, inclusive.

s/William H. Yohn Jr.
William H. Yohn Jr., Judge